```
                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE SOUTHERN DISTRICT OF OHIO
                            EASTERN DIVISION
```

**CHRISTIN JONES,**

       Plaintiff,

  vs.                                        Civil Action 2:07-CV-725
                                                            Judge Smith
                                                           Magistrate Judge King

**MICHAEL J. ASTRUE, Commissioner**
**of Social Security,**

       Defendant.


<u>ORDER</u>

        On July 25, 2008, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner be reversed and that the matter be remanded for reconsideration of evidence of a social anxiety disorder. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

        The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The decision of the Commissioner is **REVERSED** pursuant to Sentence 4 of 42 U.S.C. §405(g) and this matter is hereby **REMANDED** for reconsideration of evidence of a social anxiety disorder.

        The Clerk shall enter **FINAL JUDGMENT** in this case.


                                                      <u>s/George C. Smith</u>
                                                       George C. Smith, Judge
                                                   United States District Court